**KELLOGG-MACKAY CO v O'NEAL, et**

Ohio Appeals, 5th Dist, Muskingum Co

Decided March 31, 1931

For full opinion see 177 NE 778; 39 Oh Ap 372 (Oh Bar 11-10-31).